FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 10 2022

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRYSTAL M. AGGISON | Criminal Information<br><br>No.  1:22-MJ-718 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 2, 2022, in the Northern District of Georgia, the defendant, Crystal M. Aggison, did unreasonably obstruct the parking lot at the Atlanta Veterans Affairs Medical Center in Decatur, Georgia by striking a visitor to that facility in that same parking lot,

All in violation of 38 C.F.R. § 1.218(a)(5).

RYAN K. BUCHANAN
*United States Attorney*

*Alana R. Black*

ALANA R. BLACK
*Assistant United States Attorney*
Georgia Bar No. 785045

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181